```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
               CASE NO. 10-14023-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LAMAR ARDLEY, Jr.,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on April 26, 2010. A Report and Recommendation filed on May 7, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Four in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of May, 2010.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Sam Montesino, Esq.
        Ted Cooperstein, AUSA